```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 02770
    ANTIONNE L DAVIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5330


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/07/2008 and was not confirmed.

     The case was dismissed without confirmation 06/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE                   UNSECURED         452.03           .00             .00
CAPITAL ONE                   UNSECURED         479.54           .00             .00
GE MONEY BANK                 UNSECURED        3033.85           .00             .00
GMAC                          SECURED VEHIC   19211.63           .00          828.00
AMERICAS SERVICING COMPA      CURRENT MORTG       .00            .00             .00
AMERICAS SERVICING COMPA      MORTGAGE ARRE   6182.14            .00             .00
AMERICAS SERVICING COMPA      NOTICE ONLY    NOT FILED           .00             .00
HSBC MORTGAGE SERVICES        CURRENT MORTG       .00            .00             .00
US BANK NATIONAL              NOTICE ONLY    NOT FILED           .00             .00
HSBC MORTGAGE SERVICES        MORTGAGE ARRE   1760.14            .00             .00
HSBC MORTGAGE SERVICES        NOTICE ONLY    NOT FILED           .00             .00
AMERICAS SERVICING COMPA      CURRENT MORTG       .00            .00             .00
AMERICAS SERVICING COMPA      SECURED NOT I       .00            .00             .00
TCF NATIONAL BANK             UNSECURED      NOT FILED           .00             .00
VILLAGE OF MT PROSPECT        UNSECURED      NOT FILED           .00             .00
CHRISTOPHER WILLIAMS          UNSECURED      NOT FILED           .00             .00
CITY OF CHICAGO PARKING       UNSECURED         970.00           .00             .00
CHICAGO DEPT OF REVENUE       UNSECURED      NOT FILED           .00             .00
CITY OF CHICAGO PARKING       UNSECURED      NOT FILED           .00             .00
CITY CHICAGO DEPT OR REV      UNSECURED      NOT FILED           .00             .00
AT & T WIRELESS               UNSECURED      NOT FILED           .00             .00
GEMB/HH GREGG                 UNSECURED      NOT FILED           .00             .00
ST JAMES HOSPITAL             UNSECURED      NOT FILED           .00             .00
TCF BANK                      UNSECURED      NOT FILED           .00             .00
MEA-ELK GROVE VILLAGE         UNSECURED      NOT FILED           .00             .00
KENYA LEGG                    NOTICE ONLY    NOT FILED           .00             .00
AMERICAS SERVICING COMPA      CURRENT MORTG       .00            .00             .00
AMERICAS SERVICING COMPA      SECURED NOT I       .00            .00             .00
CITY OF CHICAGO WATER DE      MORTGAGE ARRE       .00            .00             .00
CITY OF CHICAGO WATER DE      UNSECURED      NOT FILED           .00             .00
GMAC                          NOTICE ONLY    NOT FILED           .00             .00
INTERNAL REVENUE SERVICE      PRIORITY       3595.63             .00             .00
INTERNAL REVENUE SERVICE      UNSECURED        13.73             .00             .00
LEDFORD & WU                  DEBTOR ATTY    2,500.00                            .00
TOM VAUGHN                    TRUSTEE                                          72.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02770 ANTIONNE L DAVIS
```

```
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         900.00

PRIORITY                                                 .00
SECURED                                               828.00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   72.00
DEBTOR REFUND                                            .00
                           ---------------      ---------------
TOTALS                          900.00                 900.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 09/24/08                        /s/ Tom Vaughn
                                          _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE